IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DON RICHARD GRANT and<br>JACQUELINE LILIAN HARRINGTON,<br>*Plaintiffs*,<br><br>v.<br><br>SUSAN HIGHTOWER, DAVID EZRA,<br>CHRISTOPHER BRADLEY, PATRICK<br>KEMP, and JOHN SHIM,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:25-CV-00571-RP |

## ORDER

Before the Court is *Defendant Patrick Kemp's Motion To Dismiss Plaintiffs' Complaint for Failure to State a Claim Under Rule 12(b)6*. Having considered the Motion, any Response by Plaintiffs, and any Reply by Patrick Kemp, along with the pleadings, applicable legal authorities, and all other things properly before the Court, the Court concludes the motion is well taken and is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that all claims asserted by Plaintiffs against Patrick Kemp in this action are dismissed with prejudice.

SIGNED this _____ day of _____, 2025.

_____
HONORABLE U.S. DISTRICT JUDGE